# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

KARL KRIDLER                                                                                          PLAINTIFF

V.                          4:17CV00718 SWW/JTK

DOES                                                                            DEFENDANTS

## **ORDER**

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney. No objections have been filed. After careful consideration, the Findings and Recommendations are approved and adopted in their entirety by the Court.

IT IS THEREFORE ORDERED that:

1. The Complaint (Doc. 2) is DISMISSED WITHOUT PREJUDICE for failure to prosecute.

Dated this 28th day of December, 2017.

                                                                  /s/ Susan Webber Wright
                                                                  UNITED STATES DISTRICT JUDGE